Case: 1:16-cv-00226-CAB  Doc #: 1-1  Filed: 02/01/16  1 of 2.  PageID #: 8



**Print** | **Close Window**

Subject: **MyFax Delivery from 6506556633**
From: **"MyFax" <NoReply@MyFax.com>**
Date: **Tue, Jul 03, 2012 9:21 am**
To: **<lindsay@drrusty.com>**
Attach: **524485899c.gif
6506556633_120703_524485899.pdf**

# myfax

▸ Report this as Junk   ▸ MyFax Support   ▸ Login to MyFaxCentral

## You have received a fax!

| | |
|---|---|
| Fax Received at: | 07/03/2012 12:19:10 GMT -4 |
| Receiving Fax Number: | (419) 529-6085 |
| # of Pages: | 1 |
| Sending Fax: | 6506556633 |
| Caller Id: | 8883997340 |

Please note that the image shown below is only the first page of the attached fax. To view your fax, open the attachment.

From: K. Davis   Fax: (888) 399-7340   To: contactfirst1445 contact Fax: +1 (419) 529-6085   Page 1 of 1  7/3/2012 11:19



### FACSIMILE



## "I saved $2,500 on toner last year."



**HOW MUCH WILL YOU SAVE?**
Find out at CartridgeWorld.com

**CHRISTINA P., PROCARE, HAS SAVED $12,900 ON TONER SINCE 2007 AND HAS 11 CARTRIDGE WORLD PRINTERS.**

Start saving thousands by switching to Cartridge World. Not only will you **save big on ink and toner**, but you can also get **great deals on printers** for your business.

  

Cartridge World offers eco-friendly ink and toner at prices way below full-priced OEM cartridges. That's a lot of money back in your pocket!

**UP TO 30% SAVINGS** | **100% GUARANTEE** | **FREE DELIVERY*** 
ON ALL YOUR INK & TONER NEEDS

### Go to CartridgeWorld.com to calculate your savings and find a store near you.

*See your local participating Cartridge World store for details. All trademarks are used for descriptive purposes only. The names of other companies, products, brands or model numbers may be trademarks of their respective owners. Cartridge World makes no claims of sponsorship, affiliation or endorsement. ©2012 Cartridge World North America LLC. All rights reserved. Cartridge World and Why pay more to print? are registered trademarks and the Easier Smile is a trademark of Cartridge World North America LLC.

PRIVACY: At Cartridge World we are committed to protecting the privacy of our customers and users of our website. Please review our Privacy Policy at CartridgeWorld.com/Privacy.

Thank you for using MyFax. Try our other products: www.protus.com/try

Copyright © 2003-2015. All rights reserved.