AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| Whiteamire Clinic, P.A., Inc. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:16-cv-226 |
| Cartridge World North America, LLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Cartridge World North America, LLC
    c/o Registered Agent
    The Corporation Trust Company of Nevada
    701 S. Carson Street, Suite 200
    Carson City, NV 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    George D. Jonson
    Matthew Stubbs
    MONTGOMERY, RENNIE & JONSON
    36 East Seventh Street
    Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                Geri M. Smith

                                                                *CLERK OF COURT*

Date:  Feb. 1. 2016                                                   s/Betty Childress

                                                                  *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-226

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cartridge World North America, LLC
was received by me on *(date)* February 1, 2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
CERTIFIED MAIL
RETURN RECEIPT

Certified Article Number
7160 3901 9848 8666 2488
SENDERS RECORD

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 9, 2016

/s/Matthew E. Stubbs
*Server's signature*

Matthew E. Stubbs, Esq.
*Printed name and title*

36 E. 7th Street, Suite 2100
Cincinnati, OH 45202
*Server's address*

Additional information regarding attempted service, etc:

7160 3901 9848 6666 2488

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Cartridge World North America, LLC
c/o Registered Agent
The Corporation Trust Company of Nevada
701 S. Carson Street, Suite 200
Carson City, NV 89701

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) | B. Date of Delive

C. Signature

X ☐ Agen ☐ Addr

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 03 2016

PS Form 3811, July 2001 Domestic Return Receipt

TED STATES POSTAL SERVICE

RENO NV 895

04 FEB 2016 PM 2 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

MONTGOMERY RENNIE & JONSON
36 EAST SEVENTH STREET SUITE 2100
CINCINNATI OH 45202-4413
ATTN: K.Benke

105·30008

