IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WHITEAMIRE CLINIC, P.A., INC., an Ohio corporation, individually, and as the representatives of a class of similarly-situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>CARTRIDGE WORLD NORTH AMERICA, LLC, and JOHN DOES 1-10,<br><br>    Defendants. | CASE NO. 1:16-cv-00226<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**MOTION BY DEFENDANT CARTRIDGE WORLD NORTH AMERICA, LLC FOR ADMISSION OF JOSHUA BRIONES, ESQ. TO APPEAR BEFORE THIS COURT *PRO HAC VICE*** |

Comes now Defendant Cartridge World North America, LLC ("Defendant"), by and through counsel, and in accordance with Local Rule 83.5(h), moves for leave for Attorney Joshua Briones to appear *pro hac vice* before this Court on behalf of Defendant.

Counsel's admission fee is tendered with this motion. In accordance with Local Rule 83.5(h), attached to this motion is an affidavit swearing to Mr. Briones' good standing. (Exhibit A).

1. Joshua Briones is a Member with the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

2. Joshua Briones' current address, telephone number, facsimile number, email address and California state bar registration number are:

      Name:        Joshua Briones (205293)
      Firm:         Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
      Address:     2029 Century Park East, Suite 1370
                       Los Angeles, CA 90067
      Telephone:   310-586-3200
      Facsimile:    310-586-3202
      Email:       jbriones@mintz.com

      3.      The bars, state and federal, of which Joshua Briones is a member, with dates of admission and registration numbers, if any:

    Bar of the State of California, Reg. No. 205293, December 6, 1999
    United States Court of Appeals, 1999
    United States District Court for the Central District of California, 1999
    United States District Court for the Southern District of California, 1999
    United States District Court for the Northern District of California, 2000
    United States Bankruptcy Court for the Central District of California, 1999

      4.      Joshua Briones is a member of good standing of the Bar of the State of California and have been continuously since December 6, 1999.

      5.      Joshua Briones has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the part.

      6.      There are no pending disciplinary proceedings against Joshua Briones in any State or Federal Court.

    Based on the foregoing information, the attached affidavit swearing to good standing and the included $120.00 fee, Defendant and Joshua Briones respectfully request that this Court permit him to appear *pro hac vice* in this litigation

2

Respectfully submitted,

    s/*Julie L. Juergens*
**RICHARD C.O. REZIE (000071321)**
**JULIE L. JUERGENS (0066873)**
GALLAGHER SHARP LLP
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
(216) 241-5310 (phone)
(216) 241-1608 (fax)
rrezie@gallaghersharp.com
jjuergens@gallaghersharp.com

and

    s/*Joshua Briones*
**JOSHUA BRIONES (205293)**
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
(310) 586-3200 (phone)
(310) 586-3202 (fax)
jbriones@mintz.com

*Counsel for Defendant,*
*Cartridge World North America, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2016 the foregoing Motion for Admission *Pro Hac Vice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

    s/*Julie L. Juergens*
**RICHARD C.O. REZIE (000071321)**
**JULIE L. JUERGENS (0066873)**
*Counsel for Defendant,*
*Cartridge World North America, LLC*

3