# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WHITEAMIRE CLINIC, P.A., INC., an Ohio corporation, individually, and as the representative of a class of similarly-situated persons, | Case No. 1:16-cv-00226-CAB |
| | Judge: Christopher A. Boyko |
| | Magistrate Judge: Nancy A. Vecchiarelli |
| Plaintiff, | |
| v. | **PLAINTIFF WHITEAMIRE CLINIC, P.A., INC.'S NOTICE OF DISCOVERY DISPUTE** |
| CARTRIDGE WORLD NORTH AMERICA, LLC. and JOHN DOES 1-10, | |
| Defendants. | |

Pursuant to Rule 37.1(1) of the Local Rules for the United States District Court, Northern District of Ohio ("the Local Rules"), Plaintiff Whiteamire Clinic, P.A., Inc. gives notice of a discovery dispute. As set forth in the Declaration of Matthew E. Stubbs, which is attached hereto as Exhibit "A," Whiteamire Clinic has made sincere, good faith efforts to resolve this dispute, but these efforts have been unsuccessful. Accordingly, Whiteamire Clinic seeks this Court's intervention in resolving this dispute.

Respectfully submitted,

/s *Matthew E. Stubbs* _____
GEORGE D. JONSON (0027124)
MATTHEW E. STUBBS (0066722)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio  45202
(513) 241-4722
(513) 241-8775 (fax)
Email:  gjonson@mrjlaw.com
            mstubbs@mrjlaw.com

*Counsel for Whiteamire Clinic, P.A., Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/*s/ Matthew E. Stubbs*