# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WHITEAMIRE CLINIC, P.A., INC., an Ohio corporation, individually, and as representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>CARTRIDGE WORLD NORTH AMERICA, LLC, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 16-cv-00226<br><br>Judge Christopher A. Boyko |

## MOTION BY DEFENDANT CARTRIDGE WORLD NORTH AMERICA, LLC FOR ADMISSION OF ESTEBAN MORALES, ESQ. TO APPEAR BEFORE THIS COURT *PRO HAC VICE*

Comes now Defendant Cartridge World North America, LLC ("Defendant"), by and through counsel, and in accordance with Local Rule 83.5(h), moves for leave for Attorney Esteban Morales to appear *pro hac vice* before this Court on behalf of Defendant.

Counsel's admission fee is tendered with this motion. In accordance with Local Rule 83.5(h), attached to this motion is an affidavit swearing to Mr. Morales' good standing. (Exhibit A).

1. Esteban Morales is a Member with the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

2. Esteban Morales' current address, telephone number, facsimile number, email address and California state bar registration number are:

1

Name: Esteban Morales (273948)
Firm: Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Address: 2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202
Email: emorales@mintz.com

3. The bars, state and federal, of which Esteban Morales is a member, with dates of admission and registration numbers, if any:

Bar of the State of California, Reg. No. 273948, December 5, 2010
United States District Court for the Central District of California, December 14, 2010
United States District Court for the Southern District of California, January 28, 2011
United States District Court for the Eastern District of California, January 28, 2011

4. Esteban Morales is a member of good standing of the Bar of the State of California and has been continuously since December 5, 2010.

5. Esteban Morales has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the part.

6. There are no pending disciplinary proceedings against Esteban Morales in any State or Federal Court.

Based on the foregoing information, the attached affidavit swearing to good standing and the included $120.00 fee, Defendant and Esteban Morales respectfully request that this Court permit him to appear *pro hac vice* in this litigation.

Dated: July 6, 2016    Respectfully submitted,

/s/ Julie L. Juergens
Richard C.O. Rezie (0071321)
Julie L. Juergens (0066873)
GALLAGHER SHARP LLP
Sixth Floor, Bulkley Bldg.
1501 Euclid Avenue
Cleveland, Ohio 44115
Telephone: (216) 241-5310
Fax: (216) 241-1608
Email: rrezie@gallaghersharp.com

*And*

/s/ Esteban Morales
Esteban Morales (273948)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
310-586-3200
310-586-3202
emorales@mintz.com

Counsel for Defendant
CARTRIDGE WORLD NORTH AMERICA, LLC