**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WHITEAMIRE CLINIC, P.A. INC.,** | ) | **CASE NO.1:16CV00226** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **CARTRIDGE WORLD NORTH** | ) | **OPINION AND ORDER** |
| **AMERICA, LLC., ET AL.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Plaintiff's Motion to Approve Proposed Notice of Certified Class (ECF # 106) (incorrectly docketed as Motion for Class Certification).  On July 30, 2019, the Court granted Plaintiff's Motion for Class Certification (ECF # 104).  On September 27, 2019, Plaintiff filed the above motion to approve notice.  On October 11, 2019, the Court ordered Plaintiff to identify a Claims Administrator and to include in the Notice to the Class that any opts out be submitted to the Claims Administrator.  Plaintiff has subsequently identified Class-Settlement as the Claims Administrator, as they have experience in similar class claims.  The Court agrees and appoints Class-Settlement as Claims Administrator and approves the Notice.

However, before Notice is sent, Counsel for Plaintiff shall file with the Court, no later than April 30. 2020, a description of how he will send the approved Notice to the Class for the Court's approval.  Therefore, the Court grants the Motion to Approve the Proposed Notice

subject to Plaintiff filing a description of his  intended method of delivery of the Notice for Court

approval.

      IT IS SO ORDERED.


Dated: April 24, 2020          /s/Christopher A. Boyko        
                                 CHRISTOPHER A. BOYKO
                                 Senior United States District Judge