# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| WHITEAMIRE CLINIC, P.A. INC., | ) | CASE NO. 1:16CV226 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| CARTRIDGE WORLD NORTH AMERICA, LLC., AND JOHN DOES 1-10 | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

Having reviewed Plaintiff Whiteamire Clinic, P.A., Inc.'s Proposed Method of Providing Notice to Class Members (ECF No. 111), and having received no opposition from Defendant Cartridge World North America, Inc. ("Cartridge World"), this Court approves the proposed method of providing Notice. Accordingly, the class administrator shall provide class members with the Notice via facsimile and/or regular mail as described in the Proposed Method of Providing Notice to Class Members. The Notice shall be sent to the Class within 45 days of the date of this Order.

IT IS SO ORDERED.

Date: May 1, 2020            /s/Christopher A. Boyko
                             CHRISTOPHER A. BOYKO
                             Senior United States District Judge