UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AT CLEVELAND)

| | |
|---|---|
| WHITEAMIRE CLINIC, P.A., INC., an Ohio corporation, individually, and as the representative of a class of similarly-situated persons,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CARTRIDGE WORLD NORTH AMERICA, LLC. and JOHN DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:16-cv-00226-CAB<br><br>Senior Judge Christopher A. Boyko<br><br>**AFFIDAVIT OF MATTHEW STUBBS IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS** |

I, Matthew Stubbs, declare under penalty of perjury and the laws of the United States of America that the following statements are true and correct to the best of my knowledge, information, and belief.

1.  I am an attorney and partner of Montgomery Jonson LLP ("Montgomery Jonson"), which succeeded Montgomery, Rennie & Jonson, LPA in April of 2019. I have represented Plaintiff Whiteamire Clinic P.A., Inc. ("Whiteamire Clinic") and the class members in this matter and have personal knowledge of the matters described herein.

2.  On or about March 10, 2021, my office served a subpoena on Cartridge World USA, LLC ("CW USA") via certified letter. The letter was signed for and received on March 15, 2021, and CW USA provided its response to the subpoena on April 23, 2021. True and accurate copies of the return-of-service form and response of CW USA are attached hereto as Exhibits A-1 and A-2 respectively.

3.  On or about March 10, 2021, my office served a subpoena on Blackford Capital, Inc. ("Blackford Capital") via certified letter. The letter was signed for and received on March 16,

i

**EXHIBIT A**

2021, and Blackford Capital provided its response to the subpoena on April 23, 2021. True and accurate copies of the return-of-service form and responses of Blackford Capital are attached hereto as Exhibits A-3 and A-4 respectively.

4. Brion Doyle, who is counsel for Cartridge World USA and Blackford Capital contacted me in regard to the subpoenas to Cartridge World USA and Blackford Capital. In a series of email communications between myself and Brion, we attempted to resolve disputes relating to the subpoenas but have been unable to do so.

/s/ Matthew E. Stubbs

Dated: May 11, 2021

Lisa Zaring 5/11/21

LISA ZARING, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.