# Exhibit B

**From:** Doyle, Brion B.
**Sent:** Thursday, September 10, 2020 1:28 PM
**To:** Matthew E. Stubbs <Mstubbs@mojolaw.com>
**Subject:** RE: Subpoena Request
**Importance:** High

Matt,

Pursuant to our agreement, attached please find the License Agreement involving my client, Cartridge World USA, LLC (CW USA).  I would welcome a follow up call after you have had a chance to review the attached, and I wanted to call out a few specific points:

- CW USA licensed the CW business from Cartridge World Australia Pty Ltd., not from Cartridge World North America, LLC.

- The license is only valid during the Term, which is the 30-year period beginning December 23, 2019 (see Section 3).  CW USA had no responsibility or control over the operation of the license business prior to that date.

- Pursuant to Section 12.3, the Licensor (Cartridge World Australia Pty Ltd.) is required to indemnify the Licensee (Cartridge World USA, LLC) for all operations of the business, use of the licensed marks and all other aspects of the pre-license conduct of the business.

Thanks Matt,

Brion

**Brion B. Doyle**
Partner
Direct: (616) 336-6479

**VARNUM**
ATTORNEYS AT LAW

Varnum LLP
333 Bridge Street NW
Grand Rapids, Michigan 49504

Main: (616) 336-6000
Fax: (616) 336-7000
www.varnumlaw.com