# Exhibit C



Bridgewater Place | Post Office Box 352
Grand Rapids, Michigan 49501-0352
Telephone 616 / 336-6000 | Fax 616 / 336-7000 | www.varnumlaw.com

**Brion B. Doyle**  Direct 616 / 336-6479
bbdoyle@varnumlaw.com

April 23, 2021

<u>*Via E-mail*</u>

Matthew E. Stubbs
Montgomery Jonson
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202

    Re:    *Whiteamire Clinic, P.A., Inc. v Cartridge World North America, LLC, et al.*
            USDC Northern District of Ohio; Civil Action No. 1:16-cv-00226
            Blackford Capital's Response to Plaintiff's Subpoena
            Cartridge World USA's Response to Plaintiff's Subpoena

Dear Mr. Stubbs:

      As you know, we represent Cartridge World USA, LLC ("CW USA") and Blackford Capital ("Blackford"). Enclosed please find our clients' objections to your subpoenas.

      As you are aware from our prior correspondence to you, CW USA obtained a license from Cartridge World Australia Pty Ltd ("CW Australia"), and not from Cartridge World North America, LLC ("CWNA"), the defendant in your client's lawsuit. CW USA has never had any business dealings or any other relationship with CWNA. Likewise, the license that CW USA purchased from CW Australia commenced on December 23, 2019, and CW USA had no responsibility or control over the operation of the licensed business prior to that date. Consistent with that, CW Australia is required to indemnify CW USA from all aspects of the pre-license conduct of the business.

      Based on this information, which is already in your possession pursuant to the License Agreement that we provided to your office under a confidentiality agreement, there is no basis or justification for the broad categories of financial information that you have requested from our clients. The only information that could be potentially relevant to your client's judgment enforcement is CW USA's payment of $2.6 million to CW Australia. But you already have all of the information that you need on that item from CW USA, which is confirmation that the funds were paid. CW USA has no knowledge as to the disposition of those funds after the payment was tendered under the License Agreement. To the extent that you believe CW Australia may somehow be liable on your judgment against CW USA, your proper recourse is to seek discovery against CW Australia related to those funds.

Matthew E. Stubbs
April 23, 2021
Page 2

      Please do not hesitate to contact me to discuss these matters further.

                        Sincerely yours,

                        VARNUM

                        Brion B. Doyle

BBD/sm

17884858.1