UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **WHITEAMIRE CLINIC, P.A. INC.,** | ) | **CASE NO.1:16CV226** |
| | ) | |
| Plaintiff, | ) | **SENIOR JUDGE** |
| | ) | **CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CARTRIDGE WORLD NORTH AMERICA, LLC., AND JOHN DOES 1-10** | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J:**

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is hereby terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

    /s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
Senior United States District Judge